```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                       JACKSONVILLE DIVISION
```

UNITED STATES OF AMERICA

v.                                                3:06-cr-116-J-32HTS

JOSE LANDICHO TRINIDAD, JR.
_____

**O R D E R**

On November 7, 2006, the Honorable Timothy J. Corrigan entered an order relieving Thomas Bell, Esquire, from his representation of Defendant and appointing Charles L. Truncale, Esquire, pursuant to the Criminal Justice Act.  Order (Doc. #74; Order) at 1.  However, owing "to some uncertainties regarding Mr. Trinidad's financial situation," the undersigned was asked "to conduct a further hearing on the issue[.]"  *Id.*

Two such further hearings were held, one on November 15, 2006, and another on November 21, 2006.  At the second hearing, conducted so that Defendant could present more certain information, Mr. Trinidad testified that he has a retirement account containing approximately $100,000.00.  On the other hand, his credit card debt totals nearly $90,000.00.  Also, in order for him to withdraw money from his retirement savings, he would likely have to incur a penalty of ten percent in addition to the requirement of paying taxes.  Based on the information presented at the second hearing,

Mr. Trinidad has essentially no net worth.[1]  His income is minimal, consisting of a pension of $179.00 per month after deductions for health care premiums.  Those funds are utilized by his wife for her subsistence and that of their three children.  The United States indicated that, taking Defendant's testimony as true, it believed he would qualify as indigent.

In view of the foregoing, Defendant is found to be financially indigent.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of November, 2006.

/s/          Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

The Honorable Timothy J. Corrigan
United States District Judge

Counsel of Record
     and pro se parties, if any

---

[1] Mr. Trinidad said that, other than the funds in his Thrift Savings Plan, he has no stocks, bonds, or cash in excess of $500.00.  He presently owns no real estate, and his two vehicles together are worth only a few thousand dollars.

-2-